IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD BRYAN DUSENBURY,<br><br>Defendant. | CR 20-104-BLG-SPW-1<br><br>ORDER |

Defendant, Todd Bryan Dusenbury has filed an Unopposed Motion for Transport of Defendant for Sentencing Hearing (Doc. 33).

**IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED** as moot for the reason that commencing April 1, 2021, all proceedings in this Court will be held in-person.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of March, 2021.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1