IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD BRYAN DUSENBURY,<br><br>Defendant. | CR 20-104-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Leave for Witness to Appear by Video at Sentencing Hearing (Doc. 37), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's witness, Patricia Dusenbury, is granted leave of Court to appear by video at Mr. Dusenbury's Sentencing Hearing on the 23rd day of June, 2021 at 10:30 a.m.

The ZOOM information will be e-mailed to counsel for Mr. Dusenbury on Monday, June 21, 2021.

DATED this 16th day of April, 2021.

SUSAN P. WATTERS
United States District Judge

1