IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD BRYAN DUSENBURY,<br><br>Defendant. | CR 20-104-BLG-SPW-1<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, June 25, 2021 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Monday, June 28, 2021 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All other deadlines outlined in the Court's Order (Doc. 31) of January 28, 2021 shall remain in effect.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 27th day of May, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE